**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BHW, INC | § | Case No. 06-09187 PSH |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/10/2011 in Courtroom 644,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2011          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BHW, INC | § | Case No. 06-09187 PSH |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,951.37 |
| and approved disbursements of | $ | 138.60 |
| leaving a balance on hand of[1] | $ | 12,812.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,045.14 | $ 0.00 | $ 2,045.14 |
| Attorney for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,932.70 | $ 0.00 | $ 1,932.70 |
| Attorney for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 2.02 | $ 0.00 | $ 2.02 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.60 | $ 14.60 | $ 0.00 |
| Other: FRANK/GECKER LLP | $ 7,274.50 | $ 0.00 | $ 7,274.50 |
| Other: FRANK/GECKER LLP | $ 6.26 | $ 0.00 | $ 6.26 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 11,260.62 |
| Remaining Balance | $ | 1,552.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,029.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Peoples Gas Light & Cok Co. | $ 777.38 | $ 0.00 | $ 20.10 |
| 00002 | Aargus Plastics Inc. | $ 9,240.94 | $ 0.00 | $ 238.94 |
| 00003 | Advertising Flag, Inc. | $ 996.00 | $ 0.00 | $ 25.75 |
| 00004 | NYCO Products Co. | $ 21,726.10 | $ 0.00 | $ 561.76 |
| 00005 | Thorne Electric Co. | $ 3,928.40 | $ 0.00 | $ 101.57 |
| 00006 | Aargus Plastics Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 00007 | Bio Industries, Inc. | $ 2,418.40 | $ 0.00 | $ 62.53 |
| 00010 | Lagasse, Inc. | $ 17,432.83 | $ 0.00 | $ 450.75 |
| 00011 | Norton's Supply | $ 1,916.27 | $ 0.00 | $ 49.55 |
| 00012 | CIT Technology Financing | $ 1,593.27 | $ 0.00 | $ 41.20 |

Total to be paid to timely general unsecured creditors  $ 1,552.15
Remaining Balance  $ 0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                             Case No. 06-09187-PSH
BHW, Inc                                                           Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dramey                 Page 1 of 2                  Date Rcvd: Apr 11, 2011
                              Form ID: pdf006              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db           +BHW, Inc,    4122 South Union Avenue,    1st Floor,    Chicago, IL 60609-2624
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +William G Cross,    Frank/Gecker LLP,    325 N. LaSalle St., Suite 625,    Chicago, IL 60654-6465
aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,   Chicago, IL 60654-6465
10844521     +Aargus Plastics,    Michael Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
10933114     +Aargus Plastics Inc,    540 Allendale Drive,    Wheeling, IL 60090-2603
10844523      Advertising Flag, Inc,    3801 South Ashland Avenue,    Chicago, IL 60609-2192
10844524     +Air America International,    P.O. Box 1215,    Park Ridge, IL 60068-7215
10844525      Allied Waste Services,    P.O. Box 9001154,    Louisville, KY 40290-1154
10844522     +Bio Industries Inc,    540 Allendale Drive,    Wheeling, IL 60090-2603
10844526     +Bio Industries, Inc,    P.O. Box 6380,    Bedford Park, IL 60680-6380
10844527      Bright Electric Supply Co,    1401 West Washington Blvd,    Chicago, IL 60607
10844528      Candy & Co,    Dept 77-2512,    Chicago, IL 60678-2512
11100224     +Cit Technology Financing,    Weltman, Weinberg and Reis CO,     175 S Third St Suite 900,
               Columbus OH 43215-5177
10844529      Citgo Petroleum Co,    P.O. Box 869580,    San Antonio, TX 78265-9580
10844531      Deluxe Business Forms,    P.O. Box 64500,    Saint Paul, MN 55164-0500
10844532     +Eco Concepts,    2450 NE Miami Garden Drive,    Miami, FL 33180-2717
10844533     +Farrcor - Water,    10300 South Cicero Avenue,    Oak Lawn, IL 60453-4702
10844534     +Franklin Instrument,    233 Railroad Drvie,    Warminster, PA 18974-1446
10844535      Hickley Springs,    P.O. Box 1888,    Bedford Park, IL 60499-1888
10844536     +Hospital Specialty,    P.O. Box 82217,    Cleveland, OH 44193-0001
10844537     +Ice Melt Mall.com,    10717 Ashford Avenue,    Frankfort, IL 60423-8518
10844538      JLG Industries, Inc,    1 JLG Drive,    Mc Connellsburg, PA 17233-9533
10844539     +Kagan Industries,    1101 South Kilbourn,    Chicago, IL 60624-3822
10844540     +Lagasse, Inc,    Atlas & Leviton,    P.O. Box 894,    Glenview, IL 60025-0894
10844541     +Lagasse, Inc,    c/o FAS Inc,    4010 Duport Circle Ste 401,    Louisville, KY 40207-4886
10844542     +Linda Nickless,    11429 Magnolia,    Alsip IL 60803-5191
10844548     +NYCO Products Co,    5332 Dansher Road,    Countryside, IL 60525-3124
10844547     +NYCO Products Co,    Law Office of Sheila A. Genson, LTD,     940 Lee Street Suite 202,
               Des Plaines, IL 60016-6572
10844543      Nextel Communications,     P.O. Box 8220,    Carol Stream, IL 60197-8220
10844545     +North American Plastics/ Noramco,     Barthol & Staley,    7327 Center Street,
               Mentor, OH 44060-5801
10844546     +Norton's Supply,    6250 N Cicero Ave,    Chicago, IL 60646-4918
10844549     +Paychex,    4300 Weaver Parkway,    Warrenville, IL 60555-3919
10844550      Peoples Energy,    Chicago, IL 60687-0001
10862431     +Peoples Gas Light & Coke Co.,    130 E. RANDOLPH DR.,    Chicago,Ill 60601-6207
10844551      Savin Corp,    P.O. Box 73213,    Chicago, IL 60673-7213
10844552     +Terrazzo & Concrete,    4122 South Union Street,    Second Floor,    Chicago, IL 60609-2624
10844553     +Thorne Electric Co.,    610 Lanark Drive Suite 205,    San Antonio, TX 78218-1844
10844554      Tornado Industries,    Dept 77-6637,    Chicago, IL 60676-6637
10844555      Tuway American,    P.O. Box 3856,    Ann Arbor, MI 48106-3856
10844556     +Viper Industrial,    P.O. Box 104,    Hamilton, MI 49419-0104
10844557     +Water Works,    10300 South Cicero Avenue,    Oak Lawn, IL 60453-4702
10844558     +Whisk Products, Inc,    P.O. Box 127,    Wentzville, MO 63385-0127
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: csmith@fgllp.com Apr 11 2011 22:59:34      Frances Gecker,    325 North LaSalle Street,
               Suite 625,    Chicago, IL 60654-6465
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10844530      Constitutional Cas
aty*         +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
10844544   ##+North American Plasitics,    1365 East 219th,    Euclid, OH 44117-1560
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dramey              Page 2 of 2            Date Rcvd: Apr 11, 2011
                              Form ID: pdf006           Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                    **Signature:**   _Joseph Speetjens_