UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BHW, INC § Case No. 06-09187
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Air America International | | | | | |
| | Allied Waste Services | | | | | |
| | Bright Electric Supply Co. | | | | | |
| | Candy & Co. | | | | | |
| | Citgo Petroleum | | | | | |
| | Constitutional Cas | | | | | |
| | Deluxe Business Forms | | | | | |
| | Eco Concepts | | | | | |
| | Farrcor - Water | | | | | |
| | Franklin Instrument | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinckley Springs | | | | | |
| | Hospital Specialty | | | | | |
| | Ice Melt Mall.com | | | | | |
| | JLG Industries, Inc. | | | | | |
| | Kagan Industries | | | | | |
| | Linda Nickless | | | | | |
| | Nextel Communications | | | | | |
| | North American Plastics/Noramco | | | | | |
| | Paychex | | | | | |
| | Savin Corp. | | | | | |
| | Terrazzo & Concrete | | | | | |
| | Tornado Industries | | | | | |
| | Tuway American | | | | | |
| | Viper Industrial | | | | | |
| | Water Works | | | | | |
| | Whisk Products, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | AARGUS PLASTICS INC. | | | | | |
| 00006 | AARGUS PLASTICS INC. | | | | | |
| 00003 | ADVERTISING FLAG, INC. | | | | | |
| 00007 | BIO INDUSTRIES, INC. | | | | | |
| 00012 | CIT TECHNOLOGY FINANCING | | | | | |
| 00009 | LAGASSE, INC. | | | | | |
| 00010 | LAGASSE, INC. | | | | | |
| 00008 | LINDA NICKLESS | | | | | |
| 00011 | NORTON'S SUPPLY | | | | | |
| 00004 | NYCO PRODUCTS CO. | | | | | |
| 00001 | PEOPLES GAS LIGHT & COK CO. | | | | | |
| 00005 | THORNE ELECTRIC CO. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-09187 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | BHW, INC | | | Date Filed (f) or Converted (c): | 07/31/06 (f) |
| | | | | 341(a) Meeting Date: | 08/28/06 |
| For Period Ending: | 07/19/11 | | | Claims Bar Date: | 11/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNTS<br>Hinsbrook - Checking - 1,500.00<br>Payroll Account - 1,100.00 | 2,600.00 | 2,600.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE<br>Aged Receivables as of July 31, 2006 and<br>Sales Order Register for period of 7/1/04 to 6/30/06 | 111,000.00 | 13,000.00 | | 12,881.13 | FA |
| 3. OFFICE EQUIPMENT | 350.00 | 350.00 | DA | 0.00 | FA |
| 4. MACHINERY AND SUPPLIES<br>Pallets, phone systems, computers, copier | 12,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5. INVENTORY<br>Janitorial supplies, paper, trash liners, cleaning tools. | 10,000.00 | 1,000.00 | DA | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 70.24 | Unknown |

TOTALS (Excluding Unknown Values)     $135,950.00     $17,950.00     $12,951.37

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/08    Current Projected Date of Final Report (TFR): 02/15/11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 06-09187 | PSH | Judge: Pamela S. Hollis | Trustee Name: Frances Gecker |
| Case Name: | BHW, INC | | | Date Filed (f) or Converted (c): 07/31/06 (f) |
| | | | | 341(a) Meeting Date: 08/28/06 |
| | | | | Claims Bar Date: 11/30/06 |

/s/    Frances Gecker
_____    Date: 07/19/11
    FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600  MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/06 | 2 | De La Cruz Math, Science & Technology Academy<br>2317 W. 23rd Place<br>Chicago, IL 60608 | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 70.00 |
| 08/14/06 | 2 | Hyde Park Neighborhood Club<br>5480 S. Kenwood Ave.<br>Chicago, IL  60615 | ACCOUNTS RECEIVABLE | 1121-000 | 84.00 | | 154.00 |
| 08/14/06 | 2 | Hyde Park Neighborhood Club<br>5480 S. Kenwood Avenue<br>Chicago, IL  60615 | ACCOUNTS RECEIVABLE | 1121-000 | 270.00 | | 424.00 |
| 08/14/06 | 2 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | ACCOUNTS RECEIVABLE | 1121-000 | 544.00 | | 968.00 |
| 08/14/06 | 2 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | ACCOUNTS RECEIVABLE | 1121-000 | 463.53 | | 1,431.53 |
| 08/28/06 | 2 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | ACCOUNTS RECEIVABLE | 1121-000 | 1,949.60 | | 3,381.13 |
| 08/31/06 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.64 | | 3,381.77 |

Page Subtotals    3,381.77    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600 MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.78 | | 3,384.55 |
| 10/31/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.88 | | 3,387.43 |
| 11/30/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.78 | | 3,390.21 |
| 12/29/06 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.87 | | 3,393.08 |
| 01/02/07 | 2 | Chicago Public Schools P.O. Box 661 Chicago, IL 60690-0661 | ACCOUNTS RECEIVABLE | 1121-000 | 1,500.00 | | 4,893.08 |
| 01/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.99 | | 4,897.07 |
| 02/28/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.76 | | 4,900.83 |
| 03/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.16 | | 4,904.99 |
| 04/30/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.04 | | 4,909.03 |
| 05/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.17 | | 4,913.20 |
| 06/29/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.03 | | 4,917.23 |
| 07/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.18 | | 4,921.41 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.18 | | 4,925.59 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3.14 | | 4,928.73 |

Page Subtotals 1,546.96 0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09187 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | BHW, INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3600  MONEY MARKET |
| Taxpayer ID No: | *******1175 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 3.14 | | 4,931.87 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 2.63 | | 4,934.50 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 2.36 | | 4,936.86 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 1.96 | | 4,938.82 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 1.17 | | 4,939.99 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.17 | | 4,941.16 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.01 | | 4,942.17 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.63 | | 4,942.80 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.61 | | 4,943.41 |
| 07/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.63 | | 4,944.04 |
| 08/29/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.63 | | 4,944.67 |
| 09/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.61 | | 4,945.28 |
| 10/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.48 | | 4,945.76 |
| 11/28/08 | 6 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.40 | | 4,946.16 |

Page Subtotals          17.43          0.00

Ver: 16.02b

FORM 2                                                                                           Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                    Exhibit 9

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600  MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.26 | | 4,946.42 |
| 01/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,946.46 |
| 02/27/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,946.50 |
| 03/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,946.54 |
| 04/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,946.65 |
| 05/29/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,946.77 |
| 06/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,946.90 |
| 07/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.03 |
| 08/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.16 |
| 09/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,947.28 |
| 10/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,947.40 |
| 11/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.53 |
| 12/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,947.66 |
| 01/29/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,947.78 |

Page Subtotals                          1.62              0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600  MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,947.89 |
| 03/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 4,948.02 |
| 04/19/10 | 2 | Every Bloomin Industrial Supply, Inc. 2514 W. Armitage Ave. Chicago, IL  60647 | ACCOUNTS RECEIVABLE | 1121-000 | 8,000.00 | | 12,948.02 |
| 04/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 12,948.20 |
| 05/28/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,948.53 |
| 06/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,948.85 |
| 07/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,949.18 |
| 08/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,949.51 |
| 09/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,949.83 |
| 10/28/10 | 001000 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH  45999-0012 | Request for Prior Tax Returns | 2810-000 | | 114.00 | 12,835.83 |
| 10/28/10 | 001001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL  62794-9030 | Request for Prior Tax Returns | 2820-000 | | 10.00 | 12,825.83 |

Page Subtotals           8,002.05        124.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600 MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,826.16 |
| 11/30/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,826.48 |
| 12/31/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,826.81 |
| 01/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,827.14 |
| 02/08/11 | 001002 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 14.60 | 12,812.54 |
| 02/28/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,812.64 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,812.75 |
| 04/07/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 12,812.77 |
| 04/07/11 | | Transfer to Acct #*******5249 | Final Posting Transfer | 9999-000 | | 12,812.77 | 0.00 |

Page Subtotals 1.54 12,827.37

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7
Exhibit 9

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3600  MONEY MARKET |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 12,951.37 | 12,951.37 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 12,812.77 | |
| | | | Subtotal | 12,951.37 | 138.60 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 12,951.37 | 138.60 | |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5249  GENERAL CHECKING |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/11 | | Transfer from Acct #*******3600 | Transfer In From MMA Account | 9999-000 | 12,812.77 | | 12,812.77 |
| 05/11/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,045.14 | 10,767.63 |
| 05/11/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees           7,274.50<br>Expenses          6.26 | <br><br><br>3110-000<br>3120-000 | | 7,280.76 | 3,486.87 |
| 05/11/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Attorney for Trustee Fees (Other Fi<br><br>Fees           1,932.70<br>Expenses          2.02 | <br><br><br>3210-000<br>3220-000 | | 1,934.72 | 1,552.15 |
| 05/11/11 | 001003 | Peoples Gas Light & Cok Co.<br>130 E. Randolph Drive<br>Chicago, IL 60601 | Claim 00001, Payment 3% | 7100-000 | | 20.10 | 1,532.05 |
| 05/11/11 | 001004 | Aargus Plastics Inc.<br>c/o Michael D. Weis | Claim 00002, Payment 3% | 7100-000 | | 238.94 | 1,293.11 |
| | | | Page Subtotals | | 12,812.77 | 11,519.66 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

Exhibit 9

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5249 GENERAL CHECKING |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 1166<br>Northbrook, IL 60065 | | | | | |
| 05/11/11 | 001005 | Advertising Flag, Inc.<br>3801 S. Ashland Ave.<br>Chicago, IL 60609-2192 | Claim 00003, Payment 3% | 7100-000 | | 25.75 | 1,267.36 |
| 05/11/11 | 001006 | NYCO Products Co.<br>5332 Dansher Road<br>Countryside, IL 60525-3124 | Claim 00004, Payment 3% | 7100-000 | | 561.76 | 705.60 |
| 05/11/11 | 001007 | Thorne Electric Co.<br>610 Lanark Drive, Suite 205<br>San Antonio, TX 78218 | Claim 00005, Payment 3% | 7100-000 | | 101.57 | 604.03 |
| 05/11/11 | 001008 | Bio Industries, Inc.<br>540 Allendale Drive<br>Wheeling, IL 60090 | Claim 00007, Payment 3% | 7100-000 | | 62.53 | 541.50 |
| 05/11/11 | 001009 | Lagasse, Inc.<br>c/o FAS Inc.<br>4010 Duport Circle, Suite 401<br>Louisville, KY 40207 | Claim 00010, Payment 3% | 7100-000 | | 450.75 | 90.75 |
| 05/11/11 | 001010 | Norton's Supply<br>6250 N. Cicero Ave.<br>Chicago, IL 60646 | Claim 00011, Payment 3% | 7100-000 | | 49.55 | 41.20 |
| 05/11/11 | 001011 | CIT Technology Financing | Claim 00012, Payment 3% | 7100-000 | | 41.20 | 0.00 |

Page Subtotals       0.00       1,293.11

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

Page: 10

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09187 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | BHW, INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5249 GENERAL CHECKING |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Weltman, Weinberg and Reis CO 175 S. Third Street, Suite 900 Columbus, OH 43215 | | | | | |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 12,812.77 | 12,812.77 | 0.00 |
| Less: Bank Transfers/CD's | 12,812.77 | 0.00 | |
| Subtotal | 0.00 | 12,812.77 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,812.77 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| MONEY MARKET - ********3600 | 12,951.37 | 138.60 | 0.00 |
| GENERAL CHECKING - ********5249 | 0.00 | 12,812.77 | 0.00 |
| | 12,951.37 | 12,951.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____ Date: _____
FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 19)*